# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CATHY KROHN, an individual,

*Plaintiff*

v.

UNITED STATES DEPARTMENT OF THE INTERIOR
and UNITED STATES BUREAU OF RECLAMATION,

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 04, 2018**

SEAN F. McAVOY, CLERK

Civil Action No. 2:18-CV-00219-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion to Dismiss (ECF No. 8), is CONSTRUED as a Motion for Summary Judgment, is GRANTED. Judgment is entered for Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on a Motion to Dismiss (ECF No. 8), construed as a Motion for Summary Judgment.

Date: 12/4/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen